STEPHEN H. OSBORNE, ESQ.
Nevada Bar No. 4712
232 Court Street
Reno, NV 89501
(775) 789-4944
Attorney for Plaintiff, SHARON RACHUNA

```
            FILED           RECEIVED
            ENTERED         SERVED ON
                    COUNSEL/PARTIES OF RECORD

                  FEB 14 2018

            CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
      BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHARON RACHUNA,

        Plaintiff,

-vs-

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, and DOES I-X, inclusive,

        Defendants.

Case No.: 3:18-cv-00013-MMD-VPC

## STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

IT IS HEREBY STIPULATED AND AGREED, by and among the above parties and their attorneys of record that the Case Management Conference scheduled for March 2, 2018 be moved to March 6, 2018 at 02:00 p.m.

DATED this 6th day of February, 2018.

LAW OFFICE OF
STEPHEN H. OSBORNE, LTD.

By: _____
STEPHEN H. OSBORNE, ESQ.

DATED this ___ day of February, 2018.

PYATT SILVESTRI

By: _____
JAMES SILVESTRI, ESQ.

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

DATED: February 14, 2018