JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
(702) 383-6000
Fax: (702) 477-0088

Attorneys for Defendant,
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHARON RACHUNA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a Foreign Corporation, and DOES I-X,<br><br>　　　　Defendants. | CASE NO.:　3:18-cv-00013-MMD-VPC |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above-referenced matter shall be dismissed, with prejudice, each party to bear their own fees and costs.

DATED this 3 day of ~~June,~~ July 2018.

LAW OFFICES OF STEPHEN H. OSBORNE

_____
STEPHEN H. OSBORNE, ESQ.
Nevada Bar No. 4712
232 Court Street
Reno, Nevada 89501
Attorney for Plaintiff
SHARON RACHUNA

DATED this 6 day of ~~June~~, July 2018.

PYATT SILVESTRI

_____
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorneys for Defendant,
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, it is hereby:

ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed with prejudice, each party to bear their own fees and costs.

DATED this 9th day of July, 2018.

_____
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

Submitted by:

PYATT SILVESTRI

_____
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorneys for Defendant,
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY

## ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on, July 6th, 2018, I received concurrence from Plaintiff's counsel, Stephen H. Osborne, Esq., to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

July 6th, 2018.

/s/ James P.C. SILVESTRI
James P.C. Silvestri, Esq.
Nevada Bar No. 3603

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of PYATT SILVESTRI, and that on the 6th day of July, 2018, I electronically filed the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will sent a notice of electronic filing to the following:

Stephen H. Osborne, Esq.
232 Court Street
Reno, NV 89501
Stephen@StephenOsbornelaw.com
Attorney for Plaintiff

/s/ *Barbara Abbott*
An employee of PYATT SILVESTRI

Pyatt Silvestri
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000